FILED

02/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA 23-0057

| | |
|---|---|
| Montana Department of Fish, Wildlife and Parks,<br><br>    Appellant,<br><br>v.<br><br>Jay Watson,<br><br>    Appellee. | **ORDER** |

UPON REVIEW of Appellant's Opposed Motion for Extension of Time pursuant to Mont. R. App. P. 26(1), and good cause appearing;

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 27, 2023, within which to serve its opening brief on appeal.

Electronically signed by:<br>Mike McGrath<br>Chief Justice, Montana Supreme Court<br>February 24 2023